FILED

JUL 3 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ROMAN TIFFER,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
        v.                                       )        Civil Action No.  **12 1260**
                                                 )
WORKERS COMPENSATION, *et al.*,                  )
                                                 )
                    Defendants.                  )

## MEMORANDUM OPINION

It appears that the plaintiff seeks review of a Maryland administrative agency decision denying his claim for worker's compensation benefits arising from an injury plaintiff allegedly sustained on November 18, 2006, while he was working as a security guard. It further appears that the plaintiff unsuccessfully sought judicial review of the agency decision in the United States District Court for the District of Maryland. *See Tiffer v. Workers Compensation*, No. 09-1550, 2009 WL 6891646, at *1 (D. Md. June 19, 2009), *aff'd*, 332 Fed. App'x 108 (4th Cir. 2009), *cert. denied*, 130 S. Ct. 1069 (2010). Neither review of the Maryland administrative agency's decision, *see Tiffer*, 2009 WL 6891646, at *1 (citing Md. Code Ann., Labor and Employment § 9-737), nor review of another federal court's decision, *see* 28 U.S.C. §§ 1254, 1291, is properly before this Court. The plaintiff's application to proceed *in forma pauperis* will be granted, and his *pro se* complaint will be dismissed.

An Order accompanies this Memorandum Opinion.

DATE: 7\30\12                                    _____
                                                 United States District Judge